UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-6264-SNOW

IN RE: SEALED
CRIMINAL COMPLAINT

_____/

FILED BY ___jz___ D.C.

Jul 6, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and any resulting order be SEALED until the arrest of the defendant, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendant and/or any uncharged co-conspirators might flee should knowledge of this Criminal Complaint become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Dated:   July 6, 2020

ROB ZINK
CHIEF
CRIMINAL DIVISION, FRAUD SECTION

BY:   _____
SARA M. CLINGAN
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 880-2232
Sara.clingan@usdoj.gov