UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-6264-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS BELONE,

    Defendant.

_____

FILED BY ___jz___ D.C.

Jul 6, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## SEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the following be SEALED **until the arrest of the Defendant**, with the exception of copies provided to law enforcement personnel:

1. Motion to Seal;

2. Complaint and Affidavit dated July 6, 2020;

3. Arrest Warrant and Bond Recommendation, and

4. This Order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of July, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Sarah Clingan, Trial Attorney (DOJ)